IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | CHAPTER: | 13 |
| | ) | CASE NO.: | 15-06311 |
| BONNIE A PHILLIPS (DECEASED) | ) | JUDGE: | WALKER |
| SSN: XXX-XX-5012 | ) | | |
| 1520 MOWHAWK TRAIL | ) | | |
| MADISON, TN 37115 | ) | | |
| | ) | | |
| Debtors. | ) | | |

### ORDER GRANTING DEBTORS' MOTION TO WAIVE DISCHARGEABILITY REQUIREMENTS FOR THE DEBTOR

THIS MATTER IS BEFORE THE COURT upon the Debtor's Motion to waive the dischargeability requirements for the Debtor, with notice to all creditors and parties in interest pursuant to Local Rule 9013. It appearing that no opposition had been filed in writing within twenty-one (21) days of the filing of the proposed action, the Motion shall be granted as follows:

1. The requirement of the filing of a DSO Certificate pursuant to 11 U.S.C. §1328(a) for the Debtor shall be waived and 11 U.S.C. §522(q)(1) is not applicable as required by 11 U.S.C. §1328(h) in regards to Bonnie A. Phillips.

2. The FMCC requirements shall also be waived in regards to Bonnie A. Phillips.

IT IS SO ORDERED

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

*/s/ Jodie Thresher*
Jodie Thresher
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com